**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7498

TEDDY LEON AYALA,

Petitioner - Appellant,

versus

JOHN J. LAMANNA, Warden, FCI Edgefield,

Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Terry L. Wooten, District Judge.
(CA-04-22888-3)

Submitted: April 20, 2006          Decided: April 24, 2006

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Teddy Leon Ayala, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Teddy Leon Ayala, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ayala v. LaManna, No. CA-04-22888-3 (D.S.C. Sept. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED